

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America, ex rel.
Kazuo Onoo
    vs.

World Championship Wrestling, Inc.

Civil Action No.

1:00-cv-383-RWS

## ORDER

This civil action was filed under seal on February 11, 2000. On March 9, 2000, the plaintiff relator filed a voluntary dismissal without prejudice. Due to existing storage problems within the Clerk's Office, the clerk seek's court authority to unseal the file so that it can be transferred to the Federal Records Center for storage in accordance with the records disposition procedures promulgated by the Administrative Office of the United States Courts.

Accordingly, counsel are directed to show cause in writing within 15 days why the court's file in this matter should not be unsealed. In the absence of a response, the clerk is directed to unseal the file.

It is so Ordered, this 17th of November, 2003.

Richard W. Story
United States District Judge

Presented by:

Luther D. Thomas, Clerk

By: Jerry W. Evans
Deputy Clerk